1 | AARON D. FORD
Attorney General
2 | ERIN L. ALBRIGHT, Bar No. 9953
Deputy Attorney General
3 | State of Nevada
Bureau of Litigation
4 | Public Safety Division
100 N. Carson Street
5 | Carson City, Nevada 89701-4717
Tel: (775) 684-1257
6 | E-mail: ealbright@ag.nv.gov

7 | *Attorneys for Defendant*
*John Keast*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CASTRO,<br><br>          Plaintiff,<br><br>vs.<br><br>MARSHA JOHNS, et al,<br><br>          Defendants. | Case No. 3:17-cv-00652-RCJ-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Defendant, John Keast, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Jose Castro, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| DATED this 22 day of March, 2019.<br><br>By: _____<br>Jose L. Castro<br>Plaintiff | DATED this 26th day of March, 2019.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: _____<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED  April 2, 2019.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of March, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

Jose L. Castro
160 S. California Street
Chandler, AZ 85225

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General

3